# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JUVON WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-766 |
| | § | |
| LIFE CARE CENTERS OF AMERICA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

In this case filed under the Family and Medical Leave Act filed on March 25, 2014, summons was issued as to the defendant on June 4, 2014. The initial pretrial conference set for June 27, 2014 is cancelled. It is reset for **September 5, 2014**, at 8:30 a.m.

SIGNED on June 10, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge